NOVEMBER 29, 2004

No. 04–218. RODRIGUEZ ET AL. *v.* PATAKI, GOVERNOR OF NEW YORK, ET AL. Affirmed on appeal from D. C. S. D. N. Y. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 04–6480. MARTIN *v.* BRITTEN, WARDEN, ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 04–6886. STEELE *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04M22. COLLINS *v.* SALAZAR, ATTORNEY GENERAL OF COLORADO;

No. 04M23. CHRISTENSEN *v.* WINTER PARK, FLORIDA;

No. 04M24. WHITE *v.* COMMUNICATION WORKERS OF AMERICA, AFL–CIO, LOCAL 13000;

No. 04M25. STEWART *v.* PETERSON ET AL.;

No. 04M26. PATTERSON-BEGGS *v.* ALLIED BROKER'S INC. ET AL.;

No. 04M27. GLOBAL NAPS, INC. *v.* MASSACHUSETTS DEPARTMENT OF TELECOMMUNICATIONS AND ENERGY ET AL.; and

No. 04M28. BELLE *v.* TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.